

FILED
CLERK, U.S. DISTRICT COURT

APR - 1 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | SA 19-00264M-1 |
| ANDREWS ALFREDO GUTIERREZ, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _April 4,_____, _2019_____, at _1:15____ ☐ a.m. / ☒ p.m. before the Honorable _JOHN D. EARLY_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: _4-1-19_____

_John D. Early_
JOHN D. EARLY
U.S. Magistrate Judge